UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**04 CR 10361 NG**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. |
| | ) VIOLATIONS: |
| | ) 18 U.S.C. § 922(g)(1) |
| V. | ) Felon in Possession of a |
| | ) Firearm and Ammunition |
| | ) |
| JOHN HANDY | ) |

INDICTMENT

COUNT ONE: (18 U.S.C. § 922 (g)(1)-- Felon in Possession of a Firearm and Ammunition)

The Grand Jury charges that:

On or about June 2, 2004, at Brockton in the District of Massachusetts,

JOHN HANDY,

defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a Smith and Wesson, .38 caliber, semi automatic pistol, bearing serial number K182972, and six rounds of ammunition, three rounds of Remington Peters, two rounds of Winchester and one round of Super Vel.

All in violation of 18 United States Code, Section 922(g)(1).

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signature]*
MARIANNE C. HINKLE
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; December 8, 2004

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
DEPUTY CLERK

JS 45 (5/97) - (Revised USAO MA 1/15/0_)

04CR 10361 NG

# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** ATF

**City** Boston  **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** John Handy   Juvenile  ☐ Yes  [x] No

**Alias Name** _____

**Address** 8 Wilbert Road, Dorchester, MA

**Birth date (Year only):** 1963  **SSN (last 4 #):** 4092  **Sex** M  **Race:** B  **Nationality:** _____

**Defense Counsel if known:** _____  **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Marianne C. Hinkle   **Bar Number if applicable** _____

**Interpreter:** ☐ Yes  [x] No   List language and/or dialect: _____

**Matter to be SEALED:** ☐ Yes  [x] No

[x] Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
[x] Already in State Custody  Suffolk County HOC  [x] Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   [x] Indictment

**Total # of Counts:**  ☐ Petty ____   ☐ Misdemeanor ____   [x] Felony  1

**Continue on Page 2 for Entry of U.S.C. Citations**

[x]  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 12/8/04   **Signature of AUSA:** _____

%JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   **JOHN HANDY**

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 922 (g)(1) | Felon in Possession of a Firearm | 1 |
| Set 2  _____ | _____ | _____ |
| Set 3  _____ | _____ | _____ |
| Set 4  _____ | _____ | _____ |
| Set 5  _____ | _____ | _____ |
| Set 6  _____ | _____ | _____ |
| Set 7  _____ | _____ | _____ |
| Set 8  _____ | _____ | _____ |
| Set 9  _____ | _____ | _____ |
| Set 10 _____ | _____ | _____ |
| Set 11 _____ | _____ | _____ |
| Set 12 _____ | _____ | _____ |
| Set 13 _____ | _____ | _____ |
| Set 14 _____ | _____ | _____ |
| Set 15 _____ | _____ | _____ |

**ADDITIONAL INFORMATION:**