```
             UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.  04-10361-NG |
| | ) | |
| JOHN HANDY, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF APPEARANCE OF ANTOINETTE E.M. LEONEY</u>**

I hereby give notice of my appearance for the United States of America in this matter <u>in lieu</u> of Assistant United States Attorney Marianne C. Hinkle, who, as of March 18, 2005, will no longer be employed by the U.S. Attorney's Office.

```
                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney


                    By:   /s/Antoinette E.M. Leoney
                          ANTOINETTE E.M. LEONEY
                          Assistant U.S. Attorney
                          1 Courthouse Way, Suite 9200
                          Boston, MA 02210
Date: March 14, 2005      (617) 748-3100
```