```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )
          v.                   )CRIMINAL NO.  04-10361-NG
                               )
JOHN HANDY,                    )
                               )
          Defendant.           )
```

**NOTICE OF WITHDRAWAL OF MARIANNE C. HINKLE**

I hereby give notice of my withdrawal for the United States of America in the above-captioned matter, <u>in lieu</u> of Assistant United States Attorney Antoinette E.M. Leoney, who, on this day, filed her *Notice of Appearance* with the Court.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney


                         By:   /s/Marianne C. Hinkle/AEL
                              MARIANNE C. HINKLE
                              Assistant U.S. Attorney
                              1 Courthouse Way, Suite 9200
                              Boston, MA 02210
Date: March 14, 2005          (617) 748-3100
```