AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

### DISTRICT OF

UNITED STATES OF AMERICA

v.

JOHN HANDY

**WARRANT FOR ARREST**

CASE NUMBER: 04 CR 10361 NG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     JOHN HANDY
                                           Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Felon in Possession of a Firearm and Ammunition

in violation of Title _____ United States Code, Section(s) 922(g)(1)

Catherine M. Gauld
Name of Issuing Officer

Supervisor
Title of Issuing Officer

/s/ Catherine M. Gauld
Signature of Issuing Officer

12-8-04   Boston
Date and Location

RECEIVED 2004 DEC -8 P 4:10 U.S. MARSHAL SERVICE BOSTON, MA

Bail fixed at $ _____   by _____
                                    Name of Judicial Officer

---

**RETURN**

WARRANT EXECUTED BY ATF
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON at  1-12-05

This warrant was received and executed with the arrest of the above-named defendant

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.