UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.       ) | CRIMINAL NO.  04-10361-NG |
| ) | |
| JOHN HANDY,    ) | |
| ) | |
| Defendant.    ) | |

## JOINT INTERIM STATUS MEMORANDUM

Pursuant to Local Rule 116.5(A)(1) through (7), the parties hereby submit this Joint Memorandum to address issues relative to the progress of this case.

1. The parties do not seek relief from applicable timing requirements imposed by the local rule.

2. The defendant seeks discovery concerning any expert witnesses, pursuant to Fed. R. Crim. P. 16(a)(1)(E). The government has agreed to provide the defendant with discovery concerning any expert witnesses twenty-eight (28) days before trial, and the defendant has agreed to provide the government with any reciprocal discovery concerning expert witnesses within fourteen (14) days of trial as required under Fed. R. Crim. P. 16(b)(1)(C).

3. Although the government has provided the defendant with all documents and other discoverable materials in this case pursuant to automatic discovery, the government may receive additional discoverable information, which it will turn over to the defense.  Additionally, the defendant does not presently have any discoverable information, but pursuant to their agreement to provide reciprocal discovery, will provide the government with any such information received in the future.

4. Counsel for defendant may file dispositive motions in this case, and requests that the Court schedule a date for the filing of any motions.

5. The parties request that the Court enter an Order on Excludable Delay under the Speedy Trial Act, excluding all of the time from September 19, 2004 (date of the interim status conference) through and including the date of the Final Status Conference.

6.  There have been no discussions between the parties regarding the possibility of an early resolution of the case.

7.  The parties request that a Final Status Conference be scheduled for mid-October 2005.

Respectfully submitted,

| MICHAEL J. SULLIVAN | JOHN HANDY, |
| United States Attorney | Defendant |

By: /s/Antoinette E.M. Leoney    /s/Timothy Watkins/AEL
    ANTOINETTE E.M. LEONEY       Timothy Watkins, Esq.
    Assistant U.S. Attorney      Federal Defender's Office
    1 Courthouse Way, Suite 9200 408 Atlantic Avenue, 3rd Floor
    Boston, MA 02210             Boston, MA 02210
    (617) 748-3103               (617) 223-8061

Dated: September 13, 2005