UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10361-NG

UNITED STATES OF AMERICA

v.

JOHN HANDY

## FURTHER ORDER ON EXCLUDABLE TIME

September 19, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

September 19, 2005 through October 28, 2005

that being the period between the Final Status Conference and the date by which the defendant is to file any dispositive motions.

Based upon the prior orders of the court dated July 12, 2005, August 23, 2005 and this order, as of October 28, 2005 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge