UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | CRIMINAL NO. 04-10361-NG |
| ) | |
| JOHN HANDY          ) | |

MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

Defendant, John Handy, moves, pursuant to Local Rule 7.2, that Exhibit C to Defendant's Motion for Franks Hearing and Motion top Suppress be impounded until further order of this Court.  As reason therefore, the exhibit includes information as to a third person deemed confidential by state statute that should not be made public.

>                        JOHN HANDY
>                        By His Attorney:
>
>
>                        /s/ Timothy G. Watkins
>                        Timothy Watkins
>                         B.B.O. #567992
>                        Federal Defender Office
>                        408 Atlantic Ave., Third Floor
>                        Boston, MA  02110
>                        (617) 223-8061

CERTIFICATE OF SERVICE

    I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 5, 2006.

                                   /s/ Timothy G. Watkins
                                   Timothy G. Watkins