```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        v.                  )   Criminal No. 04-10361-NG
                            )
                            )
JOHN HANDY,                 )
                            )
        Defendant.          )
```

**GOVERNMENT'S ASSENTED-TO MOTION TO EXCLUDE THE TIME
FROM February 26, 2007 THROUGH May 14, 2007,
<u>AND FOR AN ORDER ON EXCLUDABLE DELAY</u>**

The United States hereby moves move, pursuant to 18 U.S.C. §3161(h)(8)(A) and Section 5(c)(1)(A) of the Plan for the Prompt Disposition of Criminal Cases of the United States District Court for the District of Massachusetts, to exclude the time within which trial must commence under 18 U.S.C. §3161(c)(1), excluding from such computation all time, commencing on February 26, 2007 and concluding on May 14, 2007.

As grounds therefor, the undersigned states that during the Status Conference held this day, the Court denied Defendant John Handy's motion to suppress evidence, and, thereafter, scheduled a trial date for May 14, 2007.

The defendant is not presently in custody.

Counsel for the defendant, Timothy Watkins, has given his assent to this motion.

WHEREFORE, the government respectfully requests, under 18 U.S.C. §3161(h)(8)(A) and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that this Court

find, based on the above, that the ends of justice are served by granting the requested exclusion, and that said exclusion outweighs the best interest of the public and the defendant in a speedy trial, and, accordingly, exclude all time, **commencing on February 26, 2007, and concluding on May 14, 2007**, in computing the time within which trial must commence under 18 U.S.C. §3161, and request that the Court enter an Order of Excludable Delay.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

By:
                                      /s/Antoinette E.M. Leoney
                                      ANTOINETTE E.M. LEONEY
Dated: February 26, 2007        Assistant U.S. Attorney

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by electronic court filing:

        Timothy G. Watkins, Esq.
        Federal Defender Office
        408 Atlantic Avenue, 3rd Floor
        Boston, MA 02210

                                        /s/Antoinette E.M. Leoney
                                        ANTOINETTE E.M. LEONEY
Date: February 26, 2007         Assistant U.S. Attorney