

# M E M O R A N D U M

**To:**  Honorable Nancy Gertner, U.S. District Judge

**cc:**  Antoinette Leoney, AUSA   Tim Wakins, Esq.

**From:**  Basil F. Cronin, Supervising U.S. Pretrial Services Officer

**Re:**  **JOHN HANDY**
**CR# 04-10361-NG**

**Date:**  May 21, 2007

     This memorandum is being provided to advise Your Honor that Mr. Handy has violated the conditions of his release by using illegal drugs. Mr. Handy was ordered released on August 22, 2006 on conditions which included drug testing and electronic monitoring.

     The defendant submitted a drug test on May 14, 2007 which proved presumptive positive for morphine. This sample has been submitted to Scientific Laboratories for confirmation and the results are still pending. The defendant admitted that he has been using heroin for the past several weeks. The defendant also noted that he has also used Percocet that wasn't prescribed to him. The defendant requested that he be allowed to receive drug treatment to address his long history of drug abuse.

     This officer would respectfully request that Your Honor modify the defendant's existing conditions of release to include drug treatment as deemed appropriate by Pretrial Services. This officer would suggest that the defendant start in an inpatient drug treatment program. AUSA Antoinette Leoney and Tim Watkins. Esq. agree with this officer's recommendation.