PS 8
(5/05)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

United States of America

vs.

<u>JOHN HANDY</u>                                   Docket No.# 1:04 CR 10361-NG

**PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE**

The undersigned Pretrial Services Officer presents this report regarding defendant <u>John Handy</u>, who was released on bail by the Honorable Nancy Gertner on August 22, 2006 under the following conditions which include:

1. Electronic monitoring.
2. Maintain residence.
3. Third party custody to Jennis Handy.
4. Do not possess/use any firearms or destructive devices.
5. No excessive use of alcohol.
6. Submit to random drug testing.
7. Do not possess/use any illegal narcotics.
8. Maintain operational telephone line.
9. Notify PTS within 24 hrs. of any new arrests.
10. Statutory conditions.

And respectfully seeks action by the Court for violations that include:

Failed to comply with rules of inpatient drug treatment.  SEE ATTACHED MEMORANDUM

**Petition for Action on Conditions of Pretrial Release**

PRAYING THE COURT WILL:

____   Issue a Warrant

____   Issue a Summons for the defendant to appear for a show cause hearing

__X__  Other:

This officer recommends that Your Honor amend the conditions of release to include drug treatment as deemed appropriate by Pretrial Services.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on May 21, 2007 Place Boston, Massachusetts

_____ Date May 11, 2006

Basil F. Cronin, Supervising
U.S. Pretrial Services Officer

## ORDER OF COURT

____Warrant to Issue

____Summons to issue. Clerk to schedule show cause hearing.

✓ Other: _additional drug treatment_

Considered and ordered this __22__ day of __May__, 20_07_, and ordered filed and made part of the record in the above case.

_____
Judicial Officer