AO 442    (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS _____

FILED
IN CLERKS OFFICE

2007 JUN 29 P 1: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA

V.

John Handy

**WARRANT FOR ARREST**

Case Number:   04CR10361-NG

To: The United States Marshal
and any Authorized United States Officer

   YOU ARE HEREBY COMMANDED to arrest  John Handy
                                                                           Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complain  ☐ Order of court  X Violation    ☐ Probation Violation Petition

charging him or her     (brief description of offense)

SEE PETITION FOR WARRANT FOR DETAILS.

in violation of _____ United States Code, Section(s) _____

| Maryellen Molloy | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Maryellen Molloy | 6/15/07 Boston, MA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
                                             Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant  U.S. Pre Trial Services Office, U.S. Federal Courthouse Boston, MA

| DATE RECEIVED 06-18-07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 06-26-07 | Kevin Neyl, Deputy U.S. Marshal | /s/ |