**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA,

      V.                                  CRIMINAL NO. 04-10361-NG

JOHN HANDY
(Defendant)

**ORDER**
**SETTING CONDITIONS OF RELEASE**

Honorable Nancy Gertner, USDJ

This Court hereby orders the following conditions of release:

The defendant, John handy, is released this date to participate in an inpatient substance abuse treatment program, Spectrum Health Systems, located in Westboro, Massachusetts. The defendant shall remain at the program until discharged and shall fully participate in all the activities prescribed by the staff at Spectrum for the defendant.

The defendant shall obey all the rules and regulations of Spectrum.

The defendant shall not leave Spectrum without the permission of the Court.

The defendant shall execute all papers necessary in order for Pretrial Services to be advised of the defendant's progress by authorities of Spectrum.

The unsecured bond of $25,000 imposed by this Court in the Order Setting Conditions of Release dated August 22, 2006 remains in effect.

                                                               _/s/ Nancy Gertner_
                                                         HONORABLE NANCY GERTNER
                                                         U.S. DISTRICT JUDGE

October 2, 2007