```
                 UNITED STATES DISTRICT COURT

                  DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA       )
                               )
       v.                      )   CRIMINAL NO. 04-10361-NG
                               )
JOHN HANDY                     )
```

ADDENDUM TO
MOTION TO EXAMINE JURY QUESTIONNAIRES BEFORE VOIR DIRE

Defendant previously moved this Court to grant counsel for both parties access to filled-out juror questionnaires returned to the Clerk's Office for the U.S. District Court, see Docket Entry #65, a Motion this Court has not yet acted upon. In addition to the sessions of the district court cited by defendant in the Motion as having permitted access to the questionnaires, defendant notes that two more sessions of the district court - Judge Saris in United States v. Trevor Charlton, No. 04-10306-PBS, and Judge Saylor in United States v. Muhamed Mubayyid, No. 05-40026-FDS - have recently granted such access to the questionnaires in advance of trial.

Defendant therefore renews his request that the attorneys in this matter be allowed to inspect and examine the questionnaires, and further requests that they be allowed to do so on Friday, December 14, 2007.

                JOHN HANDY
                By His Attorney,


                /s/ Timothy Watkins
                Timothy G. Watkins
                Federal Defender Office
                408 Atlantic Ave. 3rd Floor
                Boston, MA  02110
                Tel: 617-223-8061


## CERTIFICATE OF SERVICE

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 7, 2007.

                /s/ Timothy G. Watkins
                Timothy G. Watkins