```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )     CRIMINAL NO. 04-10361-NG
        v.                    )
                              )
JOHN HANDY,                   )
                              )
        Defendant.            )
```

**GOVERNMENT'S TRIAL WITNESS LIST**

The government hereby gives notice that it may call the following persons as witnesses during its case-in-chief and reserves the right to supplement said list on or before the day of trial:

1. Trooper Dean LeVangie
   Massachusetts State Police
   U.S. Immigration & Customs Enforcement
   15 New Sudbury Street, Suite 1725
   Boston, MA 02222

2. Detective Jeffrey Costello
   Brockton Police Department
   7 Commercial Street
   Brockton, MA 02302

3. Detective George Khoury
   Brockton Police Department
   7 Commercial Street
   Brockton, MA 02302

4. Detective Thomas Keating
   Brockton Police Department
   7 Commercial Street
   Brockton, MA 02302

5. Trooper Paul Coleman
   Massachusetts State Police
   100 Massport Haul Road
   South Boston, MA 02210

6.  Captain Anthony E. Thomas, Jr.
    Massachusetts State Police
    General Headquarters
    470 Worcester Road
    Framingham, MA 01702

7.  Sergeant James Gilmore
    Massachusetts State Police
    Office of the District Attorney
    326 West Grove Street
    Middleboro, MA 02346

8.  Detective Timothy Stanton
    Brockton Police Department
    7 Commercial Street
    Brockton, MA 02302

9.  Ronald P. Borgio
    Director of Total Quality
    Management & Custodial of Records
    Smith & Wesson Corp.
    2100 Roosevelt Avenue
    Springfield, MA 01104

10. Special Agent Angelo A. Thurman
    U.S. Bureau of Alcohol, Tobacco,
      Firearms & Explosives
    10 Causeway Street
    Boston, MA 02222

11. Special Agent Sheila O'Hara
    U.S. Bureau of Alcohol, Tobacco,
      Firearms & Explosives
    10 Causeway Street, Room 701
    Boston, MA 02222

12. Trooper Edward T. McDonald
    Massachusetts State Police
    Office of the District Attorney
    326 West Grove Street
    Middleboro, MA 02346

13. Trooper John H. Conroy III
    Massachusetts State Police
    Firearms Identification Section
    124 Acton Street
    Maynard, MA 01754

    14.    George Pyne
           Plymouth County Correctional Facility
           26 Long Pond Road
           Plymouth, MA 02360

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:
/s/Antoinette E.M. Leoney
ANTOINETTE E.M. LEONEY
Assistant U.S. Attorney

Date: December 12, 2007    (617) 748-3103

## CERTIFICATE OF SERVICE

Suffolk, ss.    Boston, Massachusetts
December 12, 2007

I, Antoinette E.M. Leoney, Assistant U.S. Attorney, do hereby certify that I have served by hand a copy of the foregoing to Timothy Watkins, Esq., and Page Kelley, Esq., Federal Defender Office, 408 Atlantic Avenue, 3rd Floor, Boston, MA 02210.

/s/Antoinette E.M. Leoney
ANTOINETTE E.M. LEONEY
Assistant U.S. Attorney