UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10361-NG |
| | ) | |
| JOHN HANDY | ) | |

<u>DEFENDANT'S LIST OF WITNESSES</u>

Defendant, John Handy, hereby gives notice that in addition to the witnesses listed by the government he may, but not necessarily will, call the following witness at trial:

1. Shirelle Carrigan
   Brockton, MA

2. Kevin Rickel
   Investigator
   Federal Defender Office
   Boston, MA

> JOHN HANDY,
> By His Attorneys:
>
> /s/ Timothy Watkins
> Timothy Watkins
> M. Page Kelley
> Federal Defender Office
> 408 Atlantic Ave. Third Floor
> Boston, MA  02110
> (617) 223-8061

<u>CERTIFICATE OF SERVICE</u>

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 14, 2007.

> /s/ Timothy G. Watkins
> Timothy G. Watkins