```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )     CRIMINAL NO. 04-10361-NG
     v.                     )
                            )
JOHN HANDY,                 )
                            )
     Defendant.             )
```

**GOVERNMENT'S TRIAL EXHIBIT LIST**

The government hereby gives notice that it may introduce the following exhibits during its case-in-chief, and reserves the right to supplement said list on or before the day of trial:

| **EXHIBIT ID NO.** | **DESCRIPTION** |
|---|---|
| 1 | Smith & Wesson, .38 caliber semi-automatic pistol, bearing serial number K182972. |
| 2 | Firearm Holster. |
| 3 | Ammunition. |
| 4 | Polaroid photograph of utility access point beneath floorboard and holster/firearm. |
| 5 | Photograph of floorboard in second floor bedroom, located at 41 Weston Street, Brockton, MA. |
| 6 | Photograph of utility access point beneath floorboard in second floor bedroom, located at 41 Weston Street, Brockton, MA. |
| 7 | Mail addressed to John Handy at 41 Weston Street, Brockton, MA. |

| | |
|---|---|
| 8 | Mail addressed to John Handy at 41 Weston Street, Brockton, MA. |
| 9 | Mail addressed to John Handy at 41 Weston Street, Brockton, MA. |
| 10A-C | Photographs of 41 Weston Street, Brockton, MA. |
| 11 | Massachusetts State Police Evidence Log (Redacted). |
| 12 | Affidavit of Ronald P. Borgio of Smith & Wesson, Springfield, MA. |
| 13 | Transcript of Telephone Calls between Defendant John Handy and Shirelle Carrigan on 6/8/04, 6/9/04 and 10/19/04. |
| 14 | Massachusetts State Police - Ballistics Report. |
| 15. | Massachusetts State Police - Latent Print Report. |
| 16. | Massachusetts State Police, Crime Laboratory Chain of Custody Report. |
| 17. | Springfield Museums document stating that the Smith & Wesson, .38 caliber, bearing serial number K182972 was shipped to Thomas Hoague, Concord, NH on 3/16/53. |

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/Antoinette E.M. Leoney
     ANTOINETTE E.M. LEONEY
Date: December 14, 2007       Assistant U.S. Attorney

CERTIFICATE OF SERVICE

Suffolk, ss.                           Boston, Massachusetts
                                       December 14, 2007

    I, Antoinette E.M. Leoney, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing by electronic court filing notice on defense counsel, Timothy Watkins, Esq., and Page Kelley, Esq., Federal Defender Office, 408 Atlantic Avenue, 3rd Fl., Boston, MA 02210.

                                                /s/Antoinette E.M. Leoney
                                                ANTOINETTE E.M. LEONEY