UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10361-NG |
| | ) | |
| JOHN HANDY | ) | |

DEFENDANT'S REQUEST FOR PRELIMINARY JURY INSTRUCTION

Defendant requests that in its opening remarks to the jury, and whenever else appropriate, the Court instruct the jury as follows:

> You are going to hear that police had a warrant to break into and enter 41 Weston St. to make a search of the house. The reason that police wanted to search the house has absolutely nothing to do with the case before you. You may not speculate as to why they had a warrant or what they were looking for. Those matters are irrelevant to your deliberations in this case and I instruct you not to consider them.

JOHN HANDY,
By His Attorneys:

/s/ Timothy Watkins
Timothy Watkins
Page Kelley
Federal Defender Office
408 Atlantic Ave. Third Floor
Boston, MA  02110
(617) 223-8061

CERTIFICATE OF SERVICE

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 18, 2007.