UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL NO. 04-10361-NG |
| v. | ) |
| | ) |
| JOHN HANDY, | ) |
| | ) |
| Defendant. | ) |

**FIRST STIPULATIONS OF FACT**

The parties in this case -- the defendant, JOHN HANDY, and the United States of America, represented by Assistant U.S. Attorney Antoinette E.M. Leoney, hereby stipulate and agree as follows:

1. That the firearm referenced in Count One of the Indictment, that is, the Smith and Wesson, .38 caliber, semi automatic pistol, bearing serial number K182972, that is marked as Government's Exhibit #1, is a firearm within the meaning of 18 U.S.C. §922(g)(1), that is, it is a weapon designed to expel a projectile by the action of an explosive.

2. That the ammunition referenced in Count One of the Indictment, that are marked as Government's Exhibit #3, are ammunition within the meaning of 18 U.S.C. §922(g)(1), that is,

they are bullets designed for use in a firearm.

_____    _____
JOHN HANDY                          ANTOINETTE E.M. LEONEY
Defendant                           Assistant U.S. Attorney

Witnessed by:

_____
TIMOTHY WATKINS, Esq.
Counsel for the Defendant

Date: 12/17/07