UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )  CRIMINAL NO. 04-10361-NG
          v.                      )
                                  )
JOHN HANDY,                       )
                                  )
          Defendant.              )

## SECOND STIPULATION OF FACT

The parties in this case -- the defendant, JOHN HANDY, and
the United States of America, represented by Assistant U.S.
Attorney Antoinette E.M. Leoney, hereby stipulate and agree as
follows:

1.    Prior to June 2, 2004, the defendant, JOHN HANDY, had
previously been convicted in a court of a crime punishable by
imprisonment for a term exceeding one year.


JOHN HANDY                        ANTOINETTE E.M. LEONEY
Defendant                         Assistant U.S. Attorney

Witnessed by:


TIMOTHY WATKINS, Esq.
Counsel for the Defendant

Date: 12/17/07