UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL NO. 04-10361-NG |
| v. | ) |
| | ) |
| JOHN HANDY, | ) |
| | ) |
| Defendant. | ) |

### FOURTH STIPULATION OF FACT

The parties in this case -- Defendant JOHN HANDY, and the United States of America, represented by Assistant U.S. Attorney Antoinette E.M. Leoney, hereby stipulate and agree as follows:

1. The firearm and ammunition that are the subject of this indictment, and that are marked as Government's Exhibits #1 and #3, were sent to the Massachusetts State Laboratory for processing. After testing, the laboratory determined that no latent fingerprints of value could be developed on this firearm and ammunition to make an identification.

_____
JOHN HANDY
Defendant

_____
ANTOINETTE E.M. LEONEY
Assistant U.S. Attorney

Witnessed by:

_____
TIMOTHY WATKINS
Counsel for the Defendant
Date: 12/17/07

Deputy Clerk

1