```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA        ) | |
| )   CRIMINAL NO. 04-10361-NG | |
| v.                              ) | |
| )                                 | |
| JOHN HANDY,                     ) | |
| )                                 | |
| Defendant.              ) | |

### THIRD STIPULATION OF FACT

The parties in this case -- the defendant, JOHN HANDY, and the United States of America, represented by Assistant U.S. Attorney Antoinette E.M. Leoney, hereby stipulate and agree as follows:

1. Telephone conversations took place between Defendant John Handy and Shirelle Carrigan on June 8, 2004, June 9, 2004 and October 19, 2004, excerpts of which are reflected in a transcript that is marked as Government's Exhibit #13.


_____        _____
JOHN HANDY                       ANTOINETTE E.M. LEONEY
Defendant                        Assistant U.S. Attorney


Witnessed by:


_____
TIMOTHY WATKINS, Esq.
Counsel for the Defendant


Date: 12/17/07