UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  v.  )<br>  )<br>JOHN HANDY,  )<br>     Defendant.  ) | Crim. Docket No. 04-10361-NG |

GERTNER, D.J.:

### JUDGMENT OF ACQUITTAL
December 19, 2007

At the close of the defendant's case, the defense moved for a judgment of acquittal under Fed. R. Crim. P. 29. For the reasons stated in open court, the motion is **GRANTED**.

It is hereby **ORDERED** that **the defendant John Handy is acquitted on all counts and is hereby discharged and any bond exonerated.**

SO ORDERED.

Date:  December 19, 2007

_____
NANCY GERTNER, U.S.D.J.