%AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

FILED
IN CLERK'S OFFICE

2007 DEC -7 P 3: 17

U.S. DISTRICT COURT
DIST[RICT OF M]A[SS]

UNITED STATES OF AMERICA

V.

John Handy

**WARRANT FOR ARREST**

Case Number: 04CR10361-NG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **John Handy**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   ☐ Order of court   X Violation   ☐ Probation Violation Petition

charging him or her   (brief description of offense)

SEE PETITION FOR WARRANT FOR DETAILS.

in violation of _____ United States Code, Section(s) _____

| Maryellen Molloy | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Maryellen (Signature of Issuing Officer) | 12/3/07 Boston, MA |
| | Date and Location |

RECEIVED
2007 NOV 35  P 5: 13
U.S. MARSHAL SERVICE
BOSTON, MA

Bail fixed at _____ by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

WARRANT EXECUTED BY USMS-Worcester
ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 12/5/07

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |